**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>             Plaintiffs,<br>v.<br><br>KIRSTJEN M. NIELSEN,<br>in her official capacity as Secretary, *et al.*,<br><br>             Defendants. | Case No.: 1:18-cv-2396 |

**MOTION FOR ADMISSION OF ANTHONY T. ELISEUSON TO APPEAR *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Anthony T. Eliseuson *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Anthony T. Eliseuson, filed herewith. As set forth in Mr. Eliseuson's declaration, he is admitted and an active member in good standing of the following courts and bars: State of Illinois, State of Minnesota, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Eleventh Circuit, United States District Court for the Central District of Illinois, United States District Court for the District of Colorado, United States District Court for the District of Minnesota, United States District Court for

the Eastern District of Michigan, United States District Court for the Northern District of Illinois, and the United States District Court for the Northern District of Indiana.

    This motion is supported and signed by Anchun Jean Su and Howard M. Crystal, active and sponsoring members of the Bar of this Court.

DATED**:** October 18, 2018           Respectfully submitted,

                                        */s/ Anchun Su*
ANCHUN JEAN SU
    (D.C. Bar No. CA285167)
HOWARD M. CRYSTAL
    (D.C. Bar No. 446189)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street N.W., Suite 1300
Washington, D.C. 20005
Telephone:    202-849-8399
Email: jsu@biologicaldiversity.org,
          hcrystal@biologicaldiversity.org

*Attorneys for Plaintiffs*