AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, ANIMAL LEGAL DEFENSE FUND <br><br> *Plaintiff(s)* <br><br> v. <br><br> KIRSTJEN M. NIELSEN, in her official capacity as SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. DEPARTMENT OF HOMELAND SECURITY <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  18-2396 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UNITED STATES ATTORNEY GENERAL
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CENTER FOR BIOLOGICAL DIVERSITY
ATTN: ANCHUN JEAN SU
1411 K STREET N.W., SUITE 1300
WASHINGTON, D.C. 20005
jsu@biologicaldiversity.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   10/22/2018                                              /s/Jackie Francis
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, ANIMAL LEGAL DEFENSE FUND <br><br> *Plaintiff(s)* <br> v. <br><br> KIRSTJEN M. NIELSEN, in her official capacity as SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. DEPARTMENT OF HOMELAND SECURITY <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 18-2396 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. DEPARTMENT OF HOMELAND SECURITY
245 Murray Lane S.W.
Washington, D.C. 20528-0075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  CENTER FOR BIOLOGICAL DIVERSITY
ATTN: ANCHUN JEAN SU
1411 K STREET N.W., SUITE 1300
WASHINGTON, D.C. 20005
jsu@biologicaldiversity.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/22/2018

/s/Jackie Francis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, ANIMAL LEGAL DEFENSE FUND <br><br> *Plaintiff(s)* <br><br> v. <br><br> KIRSTJEN M. NIELSEN, in her official capacity as SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. DEPARTMENT OF HOMELAND SECURITY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  18-2396 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Honorable Kirstjen M. Nielsen
Secretary of Homeland Security
U.S. DEPARTMENT OF HOMELAND SECURITY
245 Murray Lane S.W.
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CENTER FOR BIOLOGICAL DIVERSITY
ATTN: ANCHUN JEAN SU
1411 K STREET N.W., SUITE 1300
WASHINGTON, D.C. 20005
jsu@biologicaldiversity.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   10/22/2018                                          /s/Jackie Francis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, ANIMAL LEGAL DEFENSE FUND _____ *Plaintiff(s)* v. KIRSTJEN M. NIELSEN, in her official capacity as SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. DEPARTMENT OF HOMELAND SECURITY _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.  18-2396 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Attorney for the District of Columbia
U.S. District Attorney's Office
Judiciary Square
555 4th Street N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CENTER FOR BIOLOGICAL DIVERSITY
ATTN: ANCHUN JEAN SU
1411 K STREET N.W., SUITE 1300
WASHINGTON, D.C. 20005
jsu@biologicaldiversity.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      10/22/2018                                                                  /s/Jackie Francis
                                                                                            *Signature of Clerk or Deputy Clerk*